**Order entered June 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00556-CR

**JASON ALLEN SKINNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00955-M**

## ORDER

On June 11, 2015, the Court granted appellant an extension until September 1, 2015 to file his pro se response to the *Anders* brief filed by counsel. We now have before us appellant's June 25, 2015 motion to dismiss the motion to withdraw as counsel filed in connection with the *Anders* brief. We **DENY** appellant's motion to dismiss the motion to withdraw. Appellant's pro se response remains due by September 1, 2015.

We **DIRECT** the Clerk to send copies of this order to Valencia Bush and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jason Skinner, TDCJ No. 1929580, Ware Unit, 1681 F.M. 3525, Colorado City, Texas 79512.

/s/     ADA BROWN
         JUSTICE